

# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2023

No. 04-22-00689-CR

Calvin Pierre **HOPKINS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR10972
Honorable Ron Rangel, Judge Presiding

# O R D E R

Attorney Patrick B. Montgomery is the court-appointed appellate counsel for Appellant Calvin Pierre Hopkins. On February 7, 2023, counsel filed an *Anders* brief. *See Anders v. California*, 386 U.S. 738, 744 (1967); *see also Kelly v. State*, 436 S.W.3d 313, 319–20 (Tex. Crim. App. 2014). Included in the brief was counsel's motion to withdraw.

The *Anders* brief has been accepted, but the motion to withdraw does not comply with the requisite procedures. *See Kelly*, 436 S.W.3d at 319–20.

Counsel's motion to withdraw does not do the following:

- inform Appellant of his right to file a *pro se* response,

- inform Appellant of his right to review the record before filing that response,

- provide Appellant with a form motion to request a copy of the appellate record which lacks only Appellant's signature and date,

- inform Appellant that he must file a request for the appellate record within ten days of the date of counsel's motion to withdraw, or

- inform Appellant of his *pro se* right to seek discretionary review should the court of appeals declare his appeal frivolous.

*Contra id.*

We STRIKE Appellant's motion to withdraw. We ORDER Patrick B. Montgomery to file an amended motion to withdraw that fully satisfies the *Anders* and *Kelly* requirements within TEN DAYS of the date of this order. *See Anders*, 386 U.S. at 744; *Kelly*, 436 S.W.3d at 319–20; *see also* TEX. R. APP. P. 6.5.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of February, 2023.

MICHAEL A. CRUZ, Clerk of Court